■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HUBBARD, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered November 18, 2005. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Fahey, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER MATTHIS, Appellant. [877 NYS2d 713]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered March 3, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Centra, Fahey, Carni and Gorski, JJ.